IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 22-00238-06-CR-W-BCW |
| ERIC S. SHERIDAN, | |
| Defendant. | |

## ENTRY OF APPEARANCE

Comes now the United States of America, by and through its undersigned attorney, Jeffrey Q. McCarther, Assistant United States Attorney, and enters his appearance as co-counsel for the United States of America in the above-referenced case.

        Respectfully submitted,

        Teresa A. Moore
        United States Attorney

By  /s/Jeffrey Q. McCarther

        Jeffrey Q. McCarther
        Assistant United States Attorney
        Violent Crime & Drug Trafficking Unit
        Charles Evans Whittaker Courthouse
        400 East Ninth Street, Suite 5510
        Kansas City, Missouri 64106
        Telephone: (816) 426-3122

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was delivered on May 23, 2023, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record,

                                            /s/Jeffrey Q. McCarther
                                            Jeffrey Q. McCarther
                                            Assistant United States Attorney

2

Case 4:22-cr-00238-BCW   Document 66   Filed 05/23/23   Page 2 of 2